UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PNC BANK, N.A., etc.,

    Plaintiff,

v.                          CASE NO. 3:25-cv-905-JEP-SJH

GLOBAL DIRECTORIES, INC., et al.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on Plaintiff, PNC Bank, N.A.'s Motion for Entry of Default by Clerk Against Defendant Michael Smith ("Motion"). Doc. 13.

Proper service is a prerequisite to entry of a clerk's default. *See Smith v. Dep't of Revenue*, No. 6:24-cv-2121-JSS-RMN, 2025 WL 2709829, at *1 (M.D. Fla. May 12, 2025). The return of service on which the Motion relies, Doc. 12-1, does not comply with Fed. R. Civ. P. 4(l)(1) as it is not in the form of an affidavit (or declaration under penalty of perjury). *See Smith*, 2025 WL 2709829, at *2; *Ethos Grp., Inc. v. JAB Media LLC*, No. 3:22-cv-485-TJC-LLL, 2023 WL 2328923, at *2 (M.D. Fla. Jan. 6, 2023).

Accordingly, the Motion (Doc. 13) is **denied without prejudice**.

On or before **January 16, 2026**, Plaintiff shall file proper proof of service on Defendant Smith.

**DONE AND ORDERED** in Jacksonville, Florida, on December 19, 2025.

_____
Samuel J. Horovitz
United States Magistrate Judge

Copies to:

Counsel of Record